# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Noy Hayun, et al.,

        Plaintiffs,                      Civil No. 06-4375 (RHK/AJB)

vs.

**ORDER**

Alpha Ceramics, Inc., a Minnesota corporation,

        Defendant,

Winnetka Properties, L.L.C.,

        Intervenor.

     Defendant's Motion to Dismiss will now be heard at 8:00 a.m. on Thursday, May 31, 2007, in St. Paul, Minnesota; Intervenor shall serve and file its response thereto no later than May 15, 2007. The May 10, 2007, hearing is **CANCELED**.

Dated: May 8, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge