# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Noy Hayun, et al.,

        Plaintiffs,                  Civil No. 06-4375 (RHK/AJB)

vs.

                                      **ORDER**

Alpha Ceramics, Inc., a Minnesota corporation,

        Defendant,

Winnetka Properties, L.L.C.,

        Intervenor.

---

Having determined that Magistrate Judge Boylan's May 2, 2007 Order is neither clearly erroneous nor contrary to law, Plaintiffs' Objections thereto (Doc. No. 38) are **OVERRULED** and said Order (Doc. No. 28) is **AFFIRMED**.

Dated: June 1, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge