# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Noy Hayun, Oren Hayun, Ronan Porat, Elie Zaga, Simon Ben Aboo, Gideon Halo and Shimon Shriki, individuals, | Civil No. 06-4375 (RHK/AJB) |
| | **ORDER OF DISMISSAL** |
| Plaintiffs, | |
| v. | |
| Alpha Ceramics, Inc., a Minnesota corporation, | |
| Defendant, | |
| Winnetka Properties, L.L.C., | |
| Intervenor. | |

---

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and in its entirety, with each party bearing its own costs, disbursements and attorneys' fees.

Dated: August 21, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge